# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1027
_____

ANNIINA SUOMINEN GUYAS,
Former Wife,

     Appellant,

     v.

PAUL GUYAS, Former Husband,

     Appellee.

_____

On appeal from the Circuit Court for Leon County.
Dawn Caloca-Johnson, Judge.

May 3, 2019

PER CURIAM.

     AFFIRMED.

WOLF, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William E. Whitlock, III, of William E. Whitlock, III, PLLC, Tallahassee, for Appellant.

John C. Kenny of the Law Office of John C. Kenny, Tallahassee, for Appellee.